**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.N. LBR 9004-1(b)**
Denise Carlon, Esq.
Brian C. Nicholas, Esq.
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Number: (609) 250-0700
dcarlon@kmllawgroup.com
bnicholas@kmllawgroup.com
Attorneys for Toyota Lease Trust

Case No: 16-31740 SLM

In Re:
Graphic Technology Services Inc.

                        Debtor

Chapter: 11

Judge: Stacey L. Meisel

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Toyota Lease Trust.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

2014 TOYOTA COROLLA , VIN:2T1BURHE3EC199656

DOCUMENTS:

☐  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☐  All documents and pleadings of any nature.
Date:08/14/2017

**/s/ Denise Carlon, Esquire**
Denise Carlon, Esquire
Brian C. Nicholas, Esquire
**KML Law Group, P.C.**
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
(609) 250-0700 (NJ)
(215) 627-1322 (PA)
FAX: (609) 385-2214
Attorney for Movant/Applicant

*new 8/1/15*