# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

Graphic Technology Services Inc.

Case No.: 16-31740

Hearing Date: November 27, 2018

Chapter: 11

Judge: Stacey L. Meisel

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable Stacey L. Meisel, United States Bankruptcy Judge.

**Reason for Hearing:** Chapter 11 Status Conference

**Location of Hearing:** Courtroom No. 3A
US Bankruptcy Court
50 Walnut Street
Newark, New Jersey 07102

**Date and Time:** November 27, 2018 at 11:00a.m., or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**  ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: October 25, 2018

JEANNE A. NAUGHTON, Clerk

By: /s/ Edith Valentin
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on October 25, 20 18 this notice was served on the following: Debtor, Counsel for Debtor, US Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/ Edith Valentin
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                           Case No. 16-31740-SLM
Graphic Technology Services Inc.                                                 Chapter 11
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Oct 25, 2018
                              Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2018.
db              +Graphic Technology Services Inc.,    1275 Bloomfield Avenue, Bldg. # 7,,   Suite 42,
                  Fairfield, NJ 07004-2736

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             +E-mail/Text: zandsattys@aol.com Oct 25 2018 23:08:12      Zazella & Singer,
                  48 Mountain View Blvd.,    PO Box 737,   Wayne, NJ 07474-0737
                                                                                               TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Leonard S. Singer    on behalf of Debtor    Graphic Technology Services Inc. zsbankruptcy@gmail.com,
               r57125@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 3