Form 170 – ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.:  16−31740−SLM
          Chapter:  11
          Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Graphic Technology Services Inc.
 1275 Bloomfield Avenue, Bldg. # 7,
 Suite 42
 Fairfield, NJ 07004

Social Security No.:

Employer's Tax I.D. No.:
 22−3296299

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑ A Motion to Dismiss has been filed by Fran B. Steele on behalf of U.S. Trustee.

☐ An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

 ☐ The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

 ☐ The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

 ☐ The corporate debtor is self−represented.

 ☐ Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable Stacey L. Meisel on,

Date: 12/11/18
Time: 11:00 AM
Location: Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

Dated: November 14, 2018
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 16-31740-SLM
Graphic Technology Services Inc.                                Chapter 11
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Nov 14, 2018
                              Form ID: 170             Total Noticed: 66

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2018.
```
db              +Graphic Technology Services Inc.,    1275 Bloomfield Avenue, Bldg. # 7,,   Suite 42,
                  Fairfield, NJ 07004-2736
516537283        Aflac,    1933 Wynnton Road,    Columbus, GA 31999-0797
516498174       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:   Bank of America,    P.O. Box 15019,    Wilmington, DE 19886)
516498175       +Bank of America,    P.O. Box 15796,    Wilmington, DE 19886-5796
516647220       +Bank of America, N.A.,    Attn: Gary McKee,    100 North Tryon St.,   NC1-007-31-05,
                  Charlotte, NC 28255-0001
516498176       +Brother International,    PO BOX 200193,    Pittsburgh, PA 15251-0193
516537287       +Canon Solutions,    225 West Washington,    Ste. 600,    Chicago, IL 60606-3492
516498177       +Canon Solutions America., Inc,    15004 Collection Center Drive,    Chicago, IL 60693-0150
516537289       +Charles R. Ryan,    5 Kirkbride Terrace,    Towaco, NJ 07082-1009
516498180       +Chase Cardmember Services,    P.O. Box 1423,    Charlotte, NC 28201-1423
516537290        Chase-3664 Auto,    PO Box 1423,    Charlotte, NC 28201-1423
516498181        Citi Business Card,    P.O. Box 90010137,    Louisville, KY 40290
516537292       +Comp. Printer Repair,    620 Diviasion St.,    Elizabeth, NJ 07201-2004
516537293        Dex Media,    PO Box 619009,    Dallas, TX 75261-9009
516537294       +East Digital,    PO Box 238,    Milford, MA 01757-0238
516537295        Firestone-9473,    PO Box 81344,    Cleveland, OH 44188-0344
516537297        GM Financial Leasing,    75 Remittance Dr.,    Ste. 1738,    Chicago, IL 60675-1738
516537296       +Gem Business,    150 Atlantic St.,    Hackensack, NJ 07601-8618
516498182       +Gem Business Systems LLC,    PO BOX 303,    Little Ferry, NJ 07643-0303
516498183       +H & N Laser,    1480 West Terrance Circle #1,    Teaneck, NJ 07666-5232
516537298        Horizon BCBS of NJ,    PO Box 101310,    Newark, NJ 07101-3130
516537300        IOU,    PO Boxd 503550,    San Diego, CA 92150-3550
516498186       +IOU Central Inc,    600 Townpark Lane   suite 140,    Kennesaw, GA 30144-3736
516498184       +Interactive Office Systems,    250 Sheffield Street,    Mountainside, NJ 07092-2303
516498185       +Intergrated Computer Systems,    P.O. Box 703,    Pine Brook, NJ 07058-0703
516498187       +LG Funding LLC,    1218 Union Street,,    Brooklyn, NY 11225-1512
516537301        Lakeland Bank Visa-6947,    PO Box 790408,    Saint Louis, MO 63179-0408
516537302       +Lisa A. Ryan,    5 Kirkbride Terrace,    Towaco, NJ 07082-1009
516537304       +MSE,    8201 Woodley Ave.,    Van Nuys, CA 91406-1231
516498188       +Mail Direct Open Solutions  LLC,    515 Valley Brook Avenue,    Lyndhurst, NJ 07071-1951
516498189       +Master Tech SOlutions,    1630 N Main STreet,    Walnut Creek, CA 94596-4609
516498190        My Office Printer Service,    PO BOX 32192,    New York, NY 10087-2192
516498192       +Open  Doors Technology,    11 Stiles Lane,    Pine Brook, NJ 07058-9558
516537306        Open Doors,    12 Stiles Lane,    Pine Brook, NJ 07058
516498193       +PFC SOlutiojns,    2 Quarry Lane  Unit c-1,    Little Falls, NJ 07424-4206
516537307        Protective Life,    PO Box 2224,    Birmingham, AL 35246-0030
516537308       +RBS,    1980 Old Cuthbertr Rd.,    Cherry Hill, NJ 08034-1419
516498194       +Ricky Web Solutions, LLC,    616 Clifton Avenue,    Clifton, NJ 07011-4202
516537309       +Robert M. Ryan,    5 Kirkbride Terrace,    Towaco, NJ 07082-1009
516537312       +Rosemary E. Ryan,    5 Kirkbride Terrace,    Towaco, NJ 07082-1009
517695071       ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                  PO Box 245,    Trenton, NJ 08695-0245)
516498195       +Stoner,    1070 Robert Fullton Highway,    Quarryville, PA 17566-9617
516537313        TD Auto Finance,    PO Box 16035,    Lewiston, ME 04243-9517
516537317       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:   Toyota Financial Services,    PO Box 9490,
                  Cedar Rapids, IA 52409-9490)
516537316        Toyota,    PO Box 4102,    Carol Stream, IL 60197-4102
516568763       +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                  Addison, Texas 75001-9013
516537318       +ToysRUS Mastercard,    PO Box 530939,    Atlanta, GA 30353-0939
516498197       +Tri State Camera,    150 Sullivan Street,    Brooklyn, NY 11231-1113
516498198       #+Tulpehocken Spring Water,    3 Edison Place Ste,    Fairfield, NJ 07004-3511
516498179       ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court:   Cardmember Service,    P.O. Box 790408,    St Louis, MO 63790)
516498200       +US resources Inc,    115 Beulah Road NE Suite 200-C,    Vienna, VA 22180-4780
516498201       +Vecmar Computer Solutions,    7595 Jenther Drive,    Mentor, OH 44060-4872
516537323        WaWaWex,    PO Box 6293,    Carol Stream, IL 60197-6293
516498202       +West Point Products,    P.O. Box 8580,    Carol Stream, IL 60197-8580
516537325        Windstream Wireless,    PO Box 9001013,    Louisville, KY 40290-1013
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             +E-mail/Text: zandsattys@aol.com Nov 15 2018 00:10:07      Zazella & Singer,
                  48 Mountain View Blvd.,    PO Box 737,    Wayne, NJ 07474-0737
smg              E-mail/Text: cio.bncmail@irs.gov Nov 15 2018 00:10:03      Dist Dir of IRS,
                  Insolvency Function,    PO Box 724,    Springfield, NJ  07081-0724
smg              E-mail/Text: usanj.njbankr@usdoj.gov Nov 15 2018 00:10:22      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
```

```
District/off: 0312-2          User: admin              Page 2 of 2                   Date Rcvd: Nov 14, 2018
                              Form ID: 170             Total Noticed: 66

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
smg              +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 15 2018 00:10:20      United States Trustee,
                   Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                   Newark, NJ 07102-5235
516498178        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 15 2018 00:06:16      Capital One,
                   P.O. Box 71083,    Charlotte, NC 28272-1083
516570575         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 15 2018 00:06:34
                   Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
516537305        +E-mail/Text: bankruptcy@ondeck.com Nov 15 2018 00:10:44      On Deck,   1400 Broadway,
                   New York, NY 10018-5225
516498191        +E-mail/Text: bankruptcy@ondeck.com Nov 15 2018 00:10:44      On Deck Capital, Inc,
                   901 North Stuart Street,    Arlington, VA 22203-4129
516498196        +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2018 00:06:14      Synchrony Bank,   P.O. Box 960097,
                   Orlando, FL 32896-0097
516537320         E-mail/Text: bankruptcy@ups.com Nov 15 2018 00:10:50      UPS,   PO Box 7247-0244,
                   Philadelphia, PA 19170-0001
516537322         E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 15 2018 00:09:52
                   Verizon,    PO Box 4833,   Trenton, NJ 08650-4833
                                                                                              TOTAL: 11

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516537284*      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    PO Box 15019,   Wilmington, DE 19886)
516505856*       +Department of Treasury,   Internal Revenue Service,   P O Box 7346,
                   Philadelphia, PA 19101-7346
516498199*      ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
                 (address filed with court: US Bank,    P.O. box 790408,   Saint Louis, MO 63179)
516498173      ##+Advanced Photocopy Inc,   150 Atlantic Street,   Hackensack, NJ 07601-3395
                                                                                  TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Fran B. Steele    on behalf of U.S. Trustee    U.S. Trustee Fran.B.Steele@usdoj.gov
              Leonard S. Singer    on behalf of Debtor    Graphic Technology Services Inc. zsbankruptcy@gmail.com,
               r57125@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 4
```