UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Fran B. Steele, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
E-mail: Fran.B.Steele@usdoj.gov

Order Filed on December 12, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey

In Re:

Graphic Technology Services, Inc.,

Debtor.

Case No.: 16-31740 (SLM)

Chapter 11

Hearing Date: December 11, 2018 at 11:00 a.m.

Judge: The Honorable Stacey L. Meisel

## ORDER CONVERTING CASE TO CHAPTER 7

The relief set forth on the following page(s), numbered two (2) is hereby **ORDERED**.

**DATED: December 12, 2018**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**

Graphic Technology Services, Inc.

Chapter 11 Case No.: 16-31740 (SLM)

**Order Converting Case to Chapter 7**

___

Upon consideration of the motion of the Acting United States Trustee, by and through counsel, under 11 U.S.C. § 1112(b), for an Order Converting Case to Chapter 7, or, in the alternative, an Order Dismissing Case, and notice of the motion having been given to the debtor and its counsel, and the Court having found cause for the entry of the within order, and the Court having further found that the entry of the within order is in the best interests of creditors and the bankruptcy estate, it is hereby:

**ORDERED** that the above-captioned case, Graphic Technology Services, Inc., Case No. 16-31740 (SLM), is converted to a case under Chapter 7.

United States Bankruptcy Court
District of New Jersey

In re:
Graphic Technology Services Inc.
      Debtor

Case No. 16-31740-SLM
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Dec 12, 2018
                         Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2018.
db         +Graphic Technology Services Inc.,   1275 Bloomfield Avenue, Bldg. # 7,,   Suite 42,
           Fairfield, NJ 07004-2736

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2018                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2018 at the address(es) listed below:
         Denise E. Carlon   on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Fran B. Steele   on behalf of U.S. Trustee   U.S. Trustee Fran.B.Steele@usdoj.gov
         Leonard S. Singer   on behalf of Debtor   Graphic Technology Services Inc. zsbankruptcy@gmail.com, r57125@notify.bestcase.com
         U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                                       TOTAL: 4