UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | : | CHAPTER 7 |
| | : | |
| Graphic Technology Services Inc. | : | CASE NO.: 16-31740 (SLM) |
| | : | |
| Debtor | : | |
| _____ | : | |

Eric R. Perkins, Esq.
McElroy, Deutsch, Mulvaney & Carpenter
40 West Ridgewood Ave.
Ridgewood, NJ 07450

**NOTICE OF APPOINTMENT OF TRUSTEE**

The United States Trustee hereby appoints Eric R. Perkins, Esq., to serve as the chapter 7 trustee of the above-captioned bankruptcy estate. If he cannot qualify, the trustee is required to notify the United States Trustee in writing within five (5) days of receipt of this notice of rejection of this appointment.

        ANDREW R. VARA
        ACTING UNITED STATES TRUSTEE
        REGION 3

By:   */s/ Martha R. Hildebrandt*
       Martha R. Hildebrandt
       Assistant United States Trustee

Dated: December 17, 2018