**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor | **Graphic Technology Services Inc.** | EIN: | 22–3296299 |
| | Name | | |
| United States Bankruptcy Court | District of New Jersey | Date case filed in chapter: 11 | 11/14/16 |
| Case number: | 16–31740–SLM | Date case converted to chapter: 7 | 12/12/18 |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     12/15

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | |
|---|---|---|
| **1. Debtor's full name** | Graphic Technology Services Inc. | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 1275 Bloomfield Avenue, Bldg. # 7, Suite 42 Fairfield, NJ 07004 | |
| **4. Debtor's attorney** Name and address | Leonard S. Singer Zazella & Singer, Esqs. 36 Mountain View Blvd. Wayne, NJ 07470 | Contact phone (973) 696–1700 |
| **5. Bankruptcy trustee** Name and address | Eric Raymond Perkins Eric R. Perkins, Chapter 7 Trustee 570 Broad Street Suite 1500 Newark, NJ 07102 | Contact phone 201–493–3732 |
| **6. Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov . (800) 676–6856 | MLK Jr Federal Building 50 Walnut Street Newark, NJ 07102 Additional information may be available at the Court's Web Site: www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays) Contact phone 973–645–4764 Date: 12/17/18 |
| **7. Meeting of creditors** The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **February 21, 2019 at 09:00 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Office of the US Trustee, 1085 Raymond Blvd., One Newark Center, Suite 1401, Newark, NJ 07102–5504** |

| | | |
|---|---|---|
| 8. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **1**

```
                                United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                                   Case No. 16-31740-SLM
Graphic Technology Services Inc.                                                         Chapter 7
         Debtor              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                  Page 1 of 2                  Date Rcvd: Dec 17, 2018
                              Form ID: 309C                Total Noticed: 68


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 19, 2018.
db             +Graphic Technology Services Inc.,    1275 Bloomfield Avenue, Bldg. # 7,,    Suite 42,
                 Fairfield, NJ 07004-2736
516537283       Aflac,    1933 Wynnton Road,    Columbus, GA 31999-0797
516498175      +Bank of America,    P.O. Box 15796,    Wilmington, DE 19886-5796
516498176      +Brother International,    PO BOX 200193,    Pittsburgh, PA 15251-0193
516537287      +Canon Solutions,    225 West Washington,    Ste. 600,    Chicago, IL 60606-3492
516498177      +Canon Solutions America., Inc,    15004 Collection Center Drive,    Chicago, IL 60693-0150
516537289      +Charles R. Ryan,    5 Kirkbride Terrace,    Towaco, NJ 07082-1009
516498180      +Chase Cardmember Services,    P.O. Box 1423,    Charlotte, NC 28201-1423
516537290       Chase-3664 Auto,    PO Box 1423,    Charlotte, NC 28201-1423
516498181       Citi Business Card,    P.O. Box 90010137,    Louisville, KY 40290
516537292      +Comp. Printer Repair,    620 Diviasion St.,    Elizabeth, NJ 07201-2004
516537293       Dex Media,    PO Box 619020,    Dallas, TX 75261-9009
516537294      +East Digital,    PO Box 238,    Milford, MA 01757-0238
516537297       GM Financial Leasing,    75 Remittance Dr.,    Ste. 1738,    Chicago, IL 60675-1738
516537296      +Gem Business,    150 Atlantic St.,    Hackensack, NJ 07601-8618
516498182      +Gem Business Systems LLC,    PO BOX 303,    Little Ferry, NJ 07643-0303
516498183      +H & N Laser,    1480 West Terrance Circle #1,    Teaneck, NJ 07666-5232
516537298       Horizon BCBS of NJ,    PO Box 101310,    Newark, NJ 07101-3130
516537300       IOU,    PO Boxd 503550,    San Diego, CA 92150-3550
516498186      +IOU Central Inc,    600 Townpark Lane  suite 140,    Kennesaw, GA 30144-3736
516498184      +Interactive Office Systems,    250 Sheffield Street,    Mountainside, NJ 07092-2303
516498185      +Intergrated Computer Systems,    P.O. Box 703,    Pine Brook, NJ 07058-0703
516498187      +LG Funding LLC,    1218 Union Street,,    Brooklyn, NY 11225-1512
516537301       Lakeland Bank Visa-6947,    PO Box 790408,    Saint Louis, MO 63179-0408
516537302      +Lisa A. Ryan,    5 Kirkbride Terrace,    Towaco, NJ 07082-1009
516537304      +MSE,    8201 Woodley Ave.,    Van Nuys, CA 91406-1231
516498188      +Mail Direct Open Solutions    LLC,    515 Valley Brook Avenue,    Lyndhurst, NJ 07071-1951
516498189      +Master Tech SOlutions,    1630 N Main STreet,    Walnut Creek, CA 94596-4609
516498190       My Office Printer Service,    PO BOX 32192,    New York, NY 10087-2192
516498192      +Open  Doors Technology,    11 Stiles Lane,    Pine Brook, NJ 07058-9558
516537306       Open Doors,    12 Stiles Lane,    Pine Brook, NJ 07058
516498193      +PFC SOlutiojns,    2 Quarry Lane  Unit c-1,    Little Falls, NJ 07424-4206
516537307       Protective Life,    PO Box 2224,    Birmingham, AL 35246-0030
516537308      +RBS,    1980 Old Cuthbertr Rd.,    Cherry Hill, NJ 08034-1419
516498194      +Ricky Web Solutions, LLC,    616 Clifton Avenue,    Clifton, NJ 07011-4202
516537309      +Robert M. Ryan,    5 Kirkbride Terrace,    Towaco, NJ 07082-1009
516537312      +Rosemary E. Ryan,    5 Kirkbride Terrace,    Towaco, NJ 07082-1009
517695071      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08695-0245)
516498195      +Stoner,    1070 Robert Fullton Highway,    Quarryville, PA 17566-9617
516537313       TD Auto Finance,    PO Box 16035,    Lewiston, ME 04243-9517
516568763      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
516537318      +ToysRUS Mastercard,    PO Box 530939,    Atlanta, GA 30353-0939
516498197      +Tri State Camera,    150 Sullivan Street,    Brooklyn, NY 11231-1113
516498198      #+Tulpehocken Spring Water,    3 Edison Place Ste,    Fairfield, NJ 07004-3511
516498200      +US resources Inc,    115 Beulah Road NE Suite 200-C,    Vienna, VA 22180-4780
516498201      +Vecmar Computer Solutions,    7595 Jenther Drive,    Mentor, OH 44060-4872
516537323       WaWaWex,    PO Box 6293,    Carol Stream, IL 60197-6293
516498202      +West Point Products,    P.O. Box 8580,    Carol Stream, IL 60197-8580
516537325       Windstream Wireless,    PO Box 9001013,    Louisville, KY 40290-1013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: zsbankruptcy@gmail.com Dec 18 2018 00:12:49      Leonard S. Singer,
                 Zazella & Singer, Esqs.,    36 Mountain View Blvd.,    Wayne, NJ   07470
tr             +EDI: BERPERKINS.COM Dec 18 2018 04:44:00      Eric Raymond Perkins,
                 Eric R. Perkins, Chapter 7 Trustee,    570 Broad Street,    Suite 1500,    Newark, NJ 07102-4560
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 18 2018 00:14:06      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 18 2018 00:14:01      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516498174       EDI: BANKAMER.COM Dec 18 2018 04:43:00      Bank of America,    P.O. Box 15019,
                 Wilmington, DE 19886
516647220      +EDI: BANKAMER2.COM Dec 18 2018 04:43:00      Bank of America, N.A.,    Attn: Gary McKee,
                 100 North Tryon St.,    NC1-007-31-05,    Charlotte, NC 28255-0001
516498178      +EDI: CAPITALONE.COM Dec 18 2018 04:43:00      Capital One,    P.O. Box 71083,
                 Charlotte, NC 28272-1083
516570575       EDI: CAPITALONE.COM Dec 18 2018 04:43:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
```

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: Dec 17, 2018
                              Form ID: 309C            Total Noticed: 68


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516505856      +EDI: IRS.COM Dec 18 2018 04:44:00      Department of Treasury,    Internal Revenue Service,
                 P O Box 7346,   Philadelphia, PA 19101-7346
516537295       EDI: CRFRSTNA.COM Dec 18 2018 04:43:00      Firestone-9473,    PO Box 81344,
                 Cleveland, OH 44188-0344
516537305      +E-mail/Text: bankruptcy@ondeck.com Dec 18 2018 00:14:51      On Deck,    1400 Broadway,
                 New York, NY 10018-5225
516498191      +E-mail/Text: bankruptcy@ondeck.com Dec 18 2018 00:14:52      On Deck Capital, Inc,
                 901 North Stuart Street,    Arlington, VA 22203-4129
516498196      +EDI: RMSC.COM Dec 18 2018 04:44:00      Synchrony Bank,    P.O. Box 960097,
                 Orlando, FL 32896-0097
516537317       EDI: TFSR.COM Dec 18 2018 04:43:00      Toyota Financial Services,    PO Box 9490,
                 Cedar Rapids, IA 52409-9490
516537316       EDI: TFSR.COM Dec 18 2018 04:43:00      Toyota,   PO Box 4102,    Carol Stream, IL 60197-4102
516537320       E-mail/Text: bankruptcy@ups.com Dec 18 2018 00:15:07      UPS,   PO Box 7247-0244,
                 Philadelphia, PA 19170-0001
516498179       EDI: USBANKARS.COM Dec 18 2018 04:43:00      Cardmember Service,    P.O. Box 790408,
                 St Louis, MO 63790
516498199       EDI: USBANKARS.COM Dec 18 2018 04:43:00      US Bank,   P.O. box 790408,    Saint Louis, MO 63179
516537322       EDI: VERIZONCOMB.COM Dec 18 2018 04:43:00      Verizon,   PO Box 4833,    Trenton, NJ 08650-4833
                                                                                              TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516537284*     ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court:    Bank of America,    PO Box 15019,    Wilmington, DE 19886)
516498173      ##+Advanced Photocopy Inc,    150 Atlantic Street,   Hackensack, NJ 07601-3395
                                                                                              TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 17, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric Raymond Perkins     eperkins@mdmc-law.com, nj42@ecfcbis.com;tcolombini@mdmc-law.com
              Fran B. Steele    on behalf of U.S. Trustee    U.S. Trustee Fran.B.Steele@usdoj.gov
              Leonard S. Singer    on behalf of Debtor    Graphic Technology Services Inc. zsbankruptcy@gmail.com,
               r57125@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```