**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102
Telephone number: 973−645−4764

Honorable Stacey L. Meisel, U.S. Bankruptcy Judge

| **CASE NUMBER:**  16−31740−SLM | **DATE FILED::** 11/14/16 |
|---|---|
| In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br>Graphic Technology Services Inc.<br><br>22−3296299 | ADDRESS OF DEBTOR(S):<br><br>1275 Bloomfield Avenue, Bldg. # 7, Suite 42<br>Fairfield, NJ 07004 |
| DEBTOR'S ATTORNEY:<br>Leonard S. Singer<br>Zazella & Singer, Esqs.<br>36 Mountain View Blvd.<br>Wayne, NJ 07470<br><br>(973) 696−1700 | TRUSTEE:<br>Eric Raymond Perkins<br>Eric R. Perkins, Chapter 7 Trustee<br>570 Broad Street<br>Suite 1500<br>Newark, NJ 07102<br>201−493−3732 |

    It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

    It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

4/8/19

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

    **IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: January 8, 2019                                                FOR THE COURT
                                                                                        Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                              Case No. 16-31740-SLM
Graphic Technology Services Inc.                                    Chapter 7
           Debtor           CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                 Page 1 of 2           Date Rcvd: Jan 08, 2019
                              Form ID: noa                Total Noticed: 66


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 10, 2019.
db             +Graphic Technology Services Inc.,    1275 Bloomfield Avenue, Bldg. # 7,,   Suite 42,
                 Fairfield, NJ 07004-2736
516537283       Aflac,    1933 Wynnton Road,    Columbus, GA 31999-0797
516498175      +Bank of America,    P.O. Box 15796,    Wilmington, DE 19886-5796
516498176      +Brother International,    PO BOX 200193,    Pittsburgh, PA 15251-0193
516537287      +Canon Solutions,    225 West Washington,    Ste. 600,    Chicago, IL 60606-3492
516498177      +Canon Solutions America., Inc,    15004 Collection Center Drive,    Chicago, IL 60693-0001
516537289      +Charles R. Ryan,    5 Kirkbride Terrace,    Towaco, NJ 07082-1009
516498180      +Chase Cardmember Services,    P.O. Box 1423,    Charlotte, NC 28201-1423
516537290       Chase-3664 Auto,    PO Box 1423,    Charlotte, NC 28201-1423
516498181       Citi Business Card,    P.O. Box 90010137,    Louisville, KY 40290
516537292      +Comp. Printer Repair,    620 Diviasion St.,    Elizabeth, NJ 07201-2004
516537293       Dex Media,    PO Box 619003,    Dallas, TX 75261-9009
516537294      +East Digital,    PO Box 238,    Milford, MA 01757-0238
516537297       GM Financial Leasing,    75 Remittance Dr.,    Ste. 1738,    Chicago, IL 60675-1738
516537296      +Gem Business,    150 Atlantic St.,    Hackensack, NJ 07601-8618
516498182      +Gem Business Systems LLC,    PO BOX 303,    Little Ferry, NJ 07643-0303
516498183      +H & N Laser,    1480 West Terrance Circle #1,    Teaneck, NJ 07666-5232
516537298       Horizon BCBS of NJ,    PO Box 101310,    Newark, NJ 07101-3130
516537300       IOU,    PO Boxd 503550,    San Diego, CA 92150-3550
516498186      +IOU Central Inc,    600 Townpark Lane suite 140,    Kennesaw, GA 30144-3736
516498184      +Interactive Office Systems,    250 Sheffield Street,    Mountainside, NJ 07092-2303
516498185      +Intergrated Computer Systems,    P.O. Box 703,    Pine Brook, NJ 07058-0703
516498187      +LG Funding LLC,    1218 Union Street,,    Brooklyn, NY 11225-1512
516537301       Lakeland Bank Visa-6947,    PO Box 790408,    Saint Louis, MO 63179-0408
516537302      +Lisa A. Ryan,    5 Kirkbride Terrace,    Towaco, NJ 07082-1009
516537304      +MSE,    8201 Woodley Ave.,    Van Nuys, CA 91406-1231
516498188      +Mail Direct Open Solutions, LLC,    515 Valley Brook Avenue,    Lyndhurst, NJ 07071-1951
516498189      +Master Tech SOlutions,    1630 N Main STreet,    Walnut Creek, CA 94596-4609
516498190       My Office Printer Service,    PO BOX 32192,    New York, NY 10087-2192
516498192      +Open  Doors Technology,    11 Stiles Lane,    Pine Brook, NJ 07058-9558
516537306       Open Doors,    12 Stiles Lane,    Pine Brook, NJ 07058
516498193      +PFC SOlutiojns,    2 Quarry Lane  Unit c-1,    Little Falls, NJ 07424-4206
516537307       Protective Life,    PO Box 2224,    Birmingham, AL 35246-0030
516537308      +RBS,    1980 Old Cuthbertr Rd.,    Cherry Hill, NJ 08034-1419
516498194      +Ricky Web Solutions, LLC,    616 Clifton Avenue,    Clifton, NJ 07011-4202
516537309      +Robert M. Ryan,    5 Kirkbride Terrace,    Towaco, NJ 07082-1009
516537312      +Rosemary E. Ryan,    5 Kirkbride Terrace,    Towaco, NJ 07082-1009
517695071     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08695-0245)
516498195      +Stoner,    1070 Robert Fullton Highway,    Quarryville, PA 17566-9617
516537313       TD Auto Finance,    PO Box 16035,    Lewiston, ME 04243-9517
516568763      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
516537318      +ToysRUS Mastercard,    PO Box 530939,    Atlanta, GA 30353-0939
516498197      +Tri State Camera,    150 Sullivan Street,    Brooklyn, NY 11231-1113
516498200      +US resources Inc,    115 Beulah Road NE Suite 200-C,    Vienna, VA 22180-4780
516498201      +Vecmar Computer Solutions,    7595 Jenther Drive,    Mentor, OH 44060-4872
516537323       WaWaWex,    PO Box 6293,    Carol Stream, IL 60197-6293
516498202      +West Point Products,    P.O. Box 8580,    Carol Stream, IL 60197-8580
516537325       Windstream Wireless,    PO Box 9001013,    Louisville, KY 40290-1013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +E-mail/Text: zandsattys@aol.com Jan 09 2019 01:15:02      Zazella & Singer,
                 48 Mountain View Blvd.,    PO Box 737,    Wayne, NJ 07474-0737
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 09 2019 01:15:34      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 09 2019 01:15:33      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516498174       EDI: BANKAMER.COM Jan 09 2019 05:53:00      Bank of America,    P.O. Box 15019,
                 Wilmington, DE 19886
516647220      +EDI: BANKAMER2.COM Jan 09 2019 05:53:00      Bank of America, N.A.,    Attn: Gary McKee,
                 100 North Tryon St.,    NC1-007-31-05,    Charlotte, NC 28255-0001
516498178      +EDI: CAPITALONE.COM Jan 09 2019 05:53:00      Capital One,    P.O. Box 71083,
                 Charlotte, NC 28272-1083
516570575       EDI: CAPITALONE.COM Jan 09 2019 05:53:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
516505856      +EDI: IRS.COM Jan 09 2019 05:53:00      Department of Treasury,    Internal Revenue Service,
                 P O Box 7346,    Philadelphia, PA 19101-7346
516537295       EDI: CRFRSTNA.COM Jan 09 2019 05:53:00      Firestone-9473,    PO Box 81344,
                 Cleveland, OH 44188-0344
```

```
District/off: 0312-2          User: admin                 Page 2 of 2                   Date Rcvd: Jan 08, 2019
                              Form ID: noa                Total Noticed: 66
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
516537305        +E-mail/Text: bankruptcy@ondeck.com Jan 09 2019 01:16:22      On Deck,    1400 Broadway,
                  New York, NY 10018-5225
516498191        +E-mail/Text: bankruptcy@ondeck.com Jan 09 2019 01:16:22      On Deck Capital, Inc,
                  901 North Stuart Street,    Arlington, VA 22203-4129
516498196        +EDI: RMSC.COM Jan 09 2019 05:53:00      Synchrony Bank,    P.O. Box 960097,
                  Orlando, FL 32896-0097
516537317         EDI: TFSR.COM Jan 09 2019 05:53:00      Toyota Financial Services,    PO Box 9490,
                  Cedar Rapids, IA 52409-9490
516537316         EDI: TFSR.COM Jan 09 2019 05:53:00      Toyota,    PO Box 4102,    Carol Stream, IL 60197-4102
516537320         E-mail/Text: bankruptcy@ups.com Jan 09 2019 01:16:39      UPS,    PO Box 7247-0244,
                  Philadelphia, PA 19170-0001
516498179         EDI: USBANKARS.COM Jan 09 2019 05:53:00      Cardmember Service,    P.O. Box 790408,
                  St Louis, MO 63790
516498199         EDI: USBANKARS.COM Jan 09 2019 05:53:00      US Bank,    P.O. box 790408,    Saint Louis, MO 63179
516537322         EDI: VERIZONCOMB.COM Jan 09 2019 05:53:00      Verizon,    PO Box 4833,    Trenton, NJ 08650-4833
                                                                                              TOTAL: 18

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516537284*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:   Bank of America,    PO Box 15019,    Wilmington, DE 19886)
516498173      ##+Advanced Photocopy Inc,    150 Atlantic Street,    Hackensack, NJ 07601-3395
516498198      ##+Tulpehocken Spring Water,    3 Edison Place Ste,    Fairfield, NJ 07004-3511
                                                                                        TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 7, 2019 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric Raymond Perkins    on behalf of Trustee Eric Raymond Perkins eperkins@mdmc-law.com,
               nj42@ecfcbis.com;tcolombini@mdmc-law.com
              Eric Raymond Perkins     eperkins@mdmc-law.com,    nj42@ecfcbis.com;tcolombini@mdmc-law.com
              Fran B. Steele    on behalf of U.S. Trustee    U.S. Trustee Fran.B.Steele@usdoj.gov
              J. Alex Kress    on behalf of Trustee Eric Raymond Perkins akress@becker.legal,
               mambrose@becker.legal;akress@ecf.courtdrive.com
              Leonard S. Singer    on behalf of Debtor    Graphic Technology Services Inc. zsbankruptcy@gmail.com,
               r57125@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 8
```