UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9001-2(b)

Order Filed on January 14, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey

In Re:

Graphic Technology Services Inc.

Case No.:     16-31740

Adversary No.:

Judge:     Stacey L. Meisel

# ORDER OF RECUSAL

The relief set forth on the following page is **ORDERED**.

**DATED: January 14, 2019**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Order of Recusal _____ Page 2

      The Court having noted that recusal in this case is appropriate, it is hereby

      ORDERED that the clerk shall randomly assign this case and any related cases or adversary proceedings listed below to another judge.

| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

*rev.8/1/15*