**Order Filed on January 15, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

---

Caption in Compliance with D.N.J. LBR 9004-1(b)

BECKER LLC
Eisenhower Plaza II
354 Eisenhower Parkway, Suite 1500
Livingston, NJ 07039
(973) 422-1100
J. ALEX KRESS, ESQ.
Proposed Attorneys for Eric R. Perkins, Chapter 7 Trustee

In Re:

GRAPHIC TECHNOLOGY SERVICES, INC.

Debtor.

Case No.:    16-31740 (SLM)

Chapter:    7

Judge:    ~~TBA~~ Stacey L. Meisel

## ORDER AUTHORIZING RETENTION OF

### BECKER LLC

The relief set forth on the following page is **ORDERED**.

**DATED: January 15, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain Becker LLC as Attorneys for Eric R. Perkins, Chapter 7 Trustee, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is:  Eisenhower Plaza II, 354 Eisenhower Parkway
   Suite 1500
   Livingston, NJ  07039

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory     completion of services.

4. The effective date of retention is December 18, 2018.