UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

BECKER LLC
Eisenhower Plaza II
354 Eisenhower Parkway, Suite 1500
Livingston, NJ  07039
(973) 422-1100
J. ALEX KRESS, ESQ.
Proposed Attorneys for Eric R. Perkins, Chapter 7 Trustee

In Re:

GRAPHIC TECHNOLOGY SERVICES, INC.

Debtor.

Order Filed on January 15, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:    16-31740 (SLM)

Chapter:    7

Judge:    ~~TBA~~ Stacey L. Meisel

## ORDER AUTHORIZING RETENTION OF

## BECKER LLC

The relief set forth on the following page is **ORDERED**.

**DATED: January 15, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain Becker LLC as Attorneys for Eric R. Perkins, Chapter 7 Trustee, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is:   Eisenhower Plaza II, 354 Eisenhower Parkway
   Suite 1500
   Livingston, NJ  07039

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory    completion of services.

4. The effective date of retention is December 18, 2018.

United States Bankruptcy Court
District of New Jersey

In re:  
Graphic Technology Services Inc.  
      Debtor

Case No. 16-31740-RG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Jan 16, 2019  
                              Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2019.  
db         +Graphic Technology Services Inc.,   1275 Bloomfield Avenue, Bldg. # 7,,   Suite 42,   Fairfield, NJ 07004-2736

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2019                                                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2019 at the address(es) listed below:  
            Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
            Eric Raymond Perkins    on behalf of Trustee Eric Raymond Perkins eperkins@mdmc-law.com, nj42@ecfcbis.com;tcolombini@mdmc-law.com  
            Eric Raymond Perkins    eperkins@mdmc-law.com, nj42@ecfcbis.com;tcolombini@mdmc-law.com  
            Fran B. Steele    on behalf of U.S. Trustee    U.S. Trustee Fran.B.Steele@usdoj.gov  
            J. Alex Kress    on behalf of Trustee Eric Raymond Perkins akress@becker.legal, mambrose@becker.legal;akress@ecf.courtdrive.com  
            Leonard S. Singer    on behalf of Debtor    Graphic Technology Services Inc. zsbankruptcy@gmail.com, r57125@notify.bestcase.com  
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
            United States Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                      TOTAL: 8