UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

BECKER LLC
Eisenhower Plaza II
354 Eisenhower Parkway, Suite 1500
Livingston, New Jersey 07039
Phone: (973) 422-1100
Attorneys for Eric R. Perkins, as Chapter 7 Trustee
J. ALEX KRESS, ESQ. (akress@becker.legal)

**Order Filed on March 22, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re: | Case No.: 16-31740 |
| GRAPHIC TECHNOLOGY SERVICES, INC., | Chapter: 7 |
| Debtor. | Judge: Gambardella |

### ORDER AUTHORIZING RETENTION OF

BEDERSON LLP, As Accountants for the Chapter 7 Trustee

The relief set forth on the following page is **ORDERED**.

**DATED: March 22, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain     Bederson LLP

as  Accountants to Eric R. Perkins, Chapter 7 Trustee   , it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is:   347 Mt. Pleasant Avenue
                                    West Orange, NJ  07052

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Graphic Technology Services Inc.  
     Debtor

Case No. 16-31740-RG  
Chapter 7

## CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 1 | Date Rcvd: Mar 25, 2019 |
|---|---|---|---|
| | Form ID: pdf903 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2019.
db      +Graphic Technology Services Inc.,  1275 Bloomfield Avenue, Bldg. # 7,,   Suite 42,    Fairfield, NJ 07004-2736

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2019                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2019 at the address(es) listed below:
     Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
     Eric Raymond Perkins    on behalf of Trustee Eric Raymond Perkins eperkins@becker.legal, nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal
     Eric Raymond Perkins     eperkins@mdmc-law.com, nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal
     Fran B. Steele    on behalf of U.S. Trustee    U.S. Trustee Fran.B.Steele@usdoj.gov
     J. Alex Kress    on behalf of Trustee Eric Raymond Perkins akress@becker.legal, mambrose@becker.legal;akress@ecf.courtdrive.com
     Leonard S. Singer    on behalf of Debtor    Graphic Technology Services Inc. zsbankruptcy@gmail.com, r57125@notify.bestcase.com
     U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
     United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                          TOTAL: 8