|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in compliance with D.N.J. LBR 9004-2(c )<br><br>**BECKER LLC**<br>354 Eisenhower Parkway<br>Plaza Two, Suite 1500<br>Livingston, New Jersey 07039<br>(973) 422-1100<br>Counsel to Eric R. Perkins, Chapter 7 Trustee<br>CHRISTOPHER M. LEDDY<br>E-mail address: cleddy@becker.legal |
| In re:<br><br>GRAPHIC TECHNOLOGY SERVICES, INC.<br><br>     Debtor. |

Order Filed on May 18, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.  16-31740 (RG)

Chapter 7

**Judge:  Hon. Rosemary Gambardella, U.S.B.J.**

**Hearing Date: May 18, 2021**
      **at 10:00 a.m.**

**ORDER ALLOWING FIRST AND FINAL FEES AND REIMURSEMENT OF COSTS TO BECKER LLC, AS COUNSEL TO ERIC R. PERKINS, CHAPTER 7 TRUSTEE**

  The relief set forth on the following page, numbered two (2) is hereby

**ORDERED**.

**DATED: May 18, 2021**

*/s/ Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

**Debtor:**     **Graphic Technology Services, Inc.**

**Case No.:**   **16-31740 (RG)**

**Caption*:*** *Order Allowing First and Final Fees and Reimbursement of Costs to Becker LLC, as Counsel to Eric R. Perkins, Chapter 7 Trustee*

And now, the Court finds that the Applicant named below filed an application for allowances; notice and opportunity for hearing were given to creditors and other parties-in-interest as required; and for good cause shown; it is hereby

**ORDERED** that final compensation and reimbursement of expenses are ALLOWED as follows:

| Applicant | Attorneys' Fees | Expenses |
|---|---|---|
| Becker LLC, as Counsel for Eric R. Perkins, as Chapter 7 Trustee for the Debtor, Graphic Technology Services, Inc. | $6,474.00 | $297.95 |