UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in compliance with D.N.J. LBR 9004-2(c )

**BECKER LLC**
354 Eisenhower Parkway
Plaza Two, Suite 1500
Livingston, New Jersey 07039
(973) 422-1100
Counsel to Eric R. Perkins, Chapter 7 Trustee
CHRISTOPHER M. LEDDY
E-mail address: cleddy@becker.legal

Order Filed on May 18, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

GRAPHIC TECHNOLOGY SERVICES, INC.

         Debtor.

Case No.  16-31740 (RG)

Chapter 7

**Judge:**  Hon. Rosemary Gambardella, U.S.B.J.

**Hearing Date: May 18, 2021**
                  at 10:00 a.m.

**ORDER ALLOWING FIRST AND FINAL FEES AND REIMURSEMENT OF COSTS TO BECKER LLC, AS COUNSEL TO ERIC R. PERKINS, CHAPTER 7 TRUSTEE**

The relief set forth on the following page, numbered two (2) is hereby

**ORDERED**.

**DATED: May 18, 2021**

*/s/ Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

**Page 2 of 2**

**Debtor:**     **Graphic Technology Services, Inc.**

**Case No.:**    **16-31740 (RG)**

**Caption*:***    ***Order Allowing First and Final Fees and Reimbursement of Costs to Becker LLC, as Counsel to Eric R. Perkins, Chapter 7 Trustee***

And now, the Court finds that the Applicant named below filed an application for allowances; notice and opportunity for hearing were given to creditors and other parties-in-interest as required; and for good cause shown; it is hereby

**ORDERED** that final compensation and reimbursement of expenses are ALLOWED as follows:

| Applicant | Attorneys' Fees | Expenses |
|---|---|---|
| Becker LLC, as Counsel for Eric R. Perkins, as Chapter 7 Trustee for the Debtor, Graphic Technology Services, Inc. | $6,474.00 | $297.95 |

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 16-31740-RG
Graphic Technology Services Inc.  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2
Date Rcvd: May 19, 2021     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2021:**

**Recip ID     Recipient Name and Address**
db     + Graphic Technology Services Inc., 1275 Bloomfield Avenue, Bldg. # 7,, Suite 42, Fairfield, NJ 07004-2736

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2021      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2021 at the address(es) listed below:

**Name     Email Address**

Allen J. Underwood, II
    on behalf of Trustee Eric Raymond Perkins ajunderwood@beckermeisel.com
    ajunderwood@ecf.courtdrive.com;mambrose@becker.legal

Denise E. Carlon
    on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Eric Raymond Perkins
    on behalf of Trustee Eric Raymond Perkins eperkins@becker.legal
    nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal;lrodriguez@becker.legal

Eric Raymond Perkins
    eperkins@mdmc-law.com nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal;lrodriguez@becker.legal

Fran B. Steele
    on behalf of U.S. Trustee U.S. Trustee Fran.B.Steele@usdoj.gov

Leonard S. Singer

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: May 19, 2021 | Form ID: pdf903 | Total Noticed: 1

on behalf of Debtor Graphic Technology Services Inc. zsbankruptcy@gmail.com r57125@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

United States Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8