Order Filed on November 5, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**ERIC R. PERKINS, CHAPTER 7 TRUSTEE**
354 Eisenhower Parkway
Plaza Two, Suite 1500
Livingston, New Jersey 07039
Telephone: (973) 422-1100
Facsimile: (973) 422-9122
E-Mail: eperkins@becker.legal
Appearing Pro Se

In re:

GRAPHIC TECHNOLOGY SERVICES, INC.,

Debtor.

Chapter 7

Case No. 16-31740 (RG)

Honorable Rosemary Gambardella, U.S.B.J.

**CONSENT ORDER IN LIEU OF MOTION PURSUANT TO**
**D.N.J. L.B.R. 9013-1(J) BETWEEN CHAPTER 7 TRUSTEE AND**
**BANK OF AMERICA FOR 11 U.S.C. 506(c) CLAIM AND CARVE OUT**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: November 5, 2021**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

**Debtor:** Graphic Technology Services Inc.
**Case No:** 16-31740 (RG)
**Caption:** Consent Order in Lieu of Motion pursuant to D.N.J. L.B.R. 9013-1(J) between Chapter 7 Trustee and Bank of America for 11 U.S.C. § 506(c) Claim and Carve Out

THIS MATTER having come before this Court by Eric R. Perkins, Chapter 7 Trustee (the "Trustee") for Graphic Technology Services Inc. (the "Debtor") for entry of a Consent Order in Lieu of Motion between the Trustee and Bank of America ("BOA") for an 11 U.S.C § 506(c) claim and carve out related to personal property owned by the Debtor consisting of balance of monies from the Debtor's TD bank account (the "TD account"), inventory and equipment that was used in the operation of its business (the "Inventory") and the Debtor was entitled to recover accounts receivables from its customers (the "Receivables"),collectively with the, TD Account, Receivables and Inventory (hereinafter the "Property"); and

WHEREAS, the Debtor filed a Voluntary Chapter 11 Petition on November 14, 2016 and the case was converted to a Chapter 7 by Order of the Bankruptcy Court on December 12, 2018; and

WHEREAS, Eric R. Perkins was appointed as the Chapter 7 Trustee for the Debtor's Estate on December 17, 2018; and

WHEREAS, the Debtor provided on Schedule B of the Petition that it had approximately $115,609.00 in uncollected Receivables; and

WHEREAS, on January 24, 2019, the Trustee filed an application for the retention of Becker LLC to handle the collection of the remaining Receivables and an Order approving same was entered by Order on January 15, 2019; and

WHEREAS, the total amount of the Receivables recovered is $3,226.02; and

WHEREAS, the Estate also received $1,010.71 representing the balance of monies held in the Debtor's TD Bank account; and

WHEREAS, the Estate recovered a total of $4,236.73; and

| | |
|---|---|
| **Debtor:** | **Graphic Technology Services Inc.** |
| **Case No:** | **16-31740 (RG)** |
| **Caption:** | **Consent Order in Lieu of Motion pursuant to D.N.J. L.B.R. 9013-1(J) between Chapter 7 Trustee and Bank of America for 11 U.S.C. § 506(c) Claim and Carve Out** |

WHEREAS, Bank of America has perfected their lien on all of the Debtor's Property as provided in Secured Proof of Claim No. 4 filed by BOA on February 14, 2017 in the amount of $32,826.62; and

WHEREAS, BOA has agreed to accept fifty (50%) percent or $2,118.37 of the Receivables and TD Account as payment on account for their Proof of Claim No. 4 pursuant to 11 U.S.C §506(c) with the balance in the Trustee's account being turned over to the Trustee; and

WHEREAS, based upon the foregoing, and based upon the consent of Bank of America and the Trustee; IT IS HEREBY:

**ORDERED**, that the Consent Order is hereby approved in its entirety; and it is further

**ORDERED**, that the Trustee will turn over to BOA the amount of $2,118.37 within fourteen (14) days of entry of this Order as payment on account of their Proof of Claim No. 4, which funds shall not be subject to any further 11 U.S.C. § 506(c) claims, administrative claims, and/or offsets of any kind by the estate; and it is further

**ORDERED**, that Bank of America's Proof of Claim No. 4 is hereby reduced by $4,236.73 and the allowed amount is $28,589.89.

**ORDERED** that the Bankruptcy Court will retain jurisdiction over any matter or dispute arising from or relating to this Order and the enforcement hereof.

The undersigned hereby consent to the form and entry of the within Order:

| ERIC R. PERKINS, *Chapter 7 Trustee*<br><br>By: /s/Eric R. Perkins<br>    ERIC R. PERKINS | BANK OF AMERICA<br><br>By: /s/Sean Badders<br>    SEAN BADDERS, SAG BCC MANAGER |
|---|---|

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 16-31740-RG
Graphic Technology Services Inc.  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2
Date Rcvd: Nov 05, 2021     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2021:**

**Recip ID**     **Recipient Name and Address**
db     + Graphic Technology Services Inc., 1275 Bloomfield Avenue, Bldg. # 7,, Suite 42, Fairfield, NJ 07004-2736

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2021 at the address(es) listed below:**

**Name**     **Email Address**

Allen Joseph Underwood, II
    on behalf of Trustee Eric Raymond Perkins aunderwood@litedepalma.com ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com

Denise E. Carlon
    on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Eric Raymond Perkins
    on behalf of Trustee Eric Raymond Perkins eperkins@becker.legal nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal

Eric Raymond Perkins
    eperkins@mdmc-law.com nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal

Fran B. Steele
    on behalf of U.S. Trustee U.S. Trustee Fran.B.Steele@usdoj.gov

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 05, 2021 | Form ID: pdf903 | Total Noticed: 1 |

Leonard S. Singer
    on behalf of Debtor Graphic Technology Services Inc. zsbankruptcy@gmail.com r57125@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8