Form 192 – aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−31740−RG
Chapter: 7
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Graphic Technology Services Inc.
1275 Bloomfield Avenue, Bldg. # 7,
Suite 42
Fairfield, NJ 07004

Social Security No.:

Employer's Tax I.D. No.:
22−3296299

## NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE, OF HEARING ON APPLICATIONS FOR COMPENSATION (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Rosemary Gambardella on:

DATE: March 1, 2022
TIME: 10:00 AM
LOCATION: Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS: $4,236.73
TOTAL DISBURSEMENTS: $2,262.84
BALANCE ON HAND: $1,973.73

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
Eric R. Perkins, Trustee

COMMISSION OR FEES
$1,059.18

EXPENSES
$20.00

The trustee's application to abandon the following property will be heard and acted upon:
None

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.


Dated: February 1, 2022
JAN: lc

                                                             Jeanne Naughton
                                                             Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 16-31740-RG |
| Graphic Technology Services Inc. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 01, 2022 | Form ID: 192 | Total Noticed: 73 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##         Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Graphic Technology Services Inc., 1275 Bloomfield Avenue, Bldg. # 7,, Suite 42, Fairfield, NJ 07004-2736 |
| aty | + | Eisenhower Plaza II,, 354 Eisenhower parkway, Suite 1500, Livingston, NJ 07039-1023 |
| acc | + | Bederson LLP, 347 Mt. Pleasant Avenue, West Orange, NJ 07052-2749 |
| 516498173 | + | Advanced Photocopy Inc, 150 Atlantic Street, Hackensack, NJ 07601-3395 |
| 516537283 | | Aflac, 1933 Wynnton Road, Columbus, GA 31999-0797 |
| 516498174 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, P.O. Box 15019, Wilmington, DE 19886 |
| 516498175 | + | Bank of America, P.O. Box 15796, Wilmington, DE 19886-5796 |
| 516647220 | + | Bank of America, N.A., Attn: Gary McKee, 100 North Tryon St., NC1-007-31-05, Charlotte, NC 28255-0001 |
| 516498176 | + | Brother International, PO BOX 200193, Pittsburgh, PA 15251-0193 |
| 516537287 | + | Canon Solutions, 225 West Washington, Ste. 600, Chicago, IL 60606-3492 |
| 516498177 | + | Canon Solutions America., Inc, 15004 Collection Center Drive, Chicago, IL 60693-0001 |
| 516537289 | + | Charles R. Ryan, 5 Kirkbride Terrace, Towaco, NJ 07082-1009 |
| 516498181 | | Citi Business Card, P.O. Box 90010137, Louisville, KY 40290 |
| 516537292 | + | Comp. Printer Repair, 620 Diviasion St., Elizabeth, NJ 07201-2004 |
| 516537293 | | Dex Media, PO Box 619009, Dallas, TX 75261-9009 |
| 516537294 | + | East Digital, PO Box 238, Milford, MA 01757-0238 |
| 516537297 | | GM Financial Leasing, 75 Remittance Dr., Ste. 1738, Chicago, IL 60675-1738 |
| 516537296 | + | Gem Business, 150 Atlantic St., Hackensack, NJ 07601-3395 |
| 516498182 | + | Gem Business Systems LLC, PO BOX 303, Little Ferry, NJ 07643-0303 |
| 516498183 | + | H & N Laser, 1480 West Terrance Circle #1, Teaneck, NJ 07666-5232 |
| 516537298 | | Horizon BCBS of NJ, PO Box 101310, Newark, NJ 07101-3130 |
| 516537300 | | IOU, PO Boxd 503550, San Diego, CA 92150-3550 |
| 516498186 | + | IOU Central Inc, 600 Townpark Lane suite 140, Kennesaw, GA 30144-3736 |
| 516498184 | + | Interactive Office Systems, 250 Sheffield Street, Mountainside, NJ 07092-2326 |
| 516498185 | + | Intergrated Computer Systems, P.O. Box 703, Pine Brook, NJ 07058-0703 |
| 516498187 | + | LG Funding LLC, 1218 Union Street,, Brooklyn, NY 11225-1512 |
| 516537301 | | Lakeland Bank Visa-6947, PO Box 790408, Saint Louis, MO 63179-0408 |
| 516537302 | + | Lisa A. Ryan, 5 Kirkbride Terrace, Towaco, NJ 07082-1009 |
| 516537304 | + | MSE, 8201 Woodley Ave., Van Nuys, CA 91406-1231 |
| 516498188 | + | Mail Direct Open Solutions LLC, 515 Valley Brook Avenue, Lyndhurst, NJ 07071-1951 |
| 516498189 | + | Master Tech SOlutions, 1630 N Main STreet, Walnut Creek, CA 94596-4609 |
| 516498190 | | My Office Printer Service, PO BOX 32192, New York, NY 10087-2192 |
| 516498192 | + | Open Doors Technology, 11 Stiles Lane, Pine Brook, NJ 07058-9558 |
| 516537306 | | Open Doors, 12 Stiles Lane, Pine Brook, NJ 07058 |
| 516498193 | + | PFC SOlutiojns, 2 Quarry Lane Unit c-1, Little Falls, NJ 07424-4206 |
| 516537307 | | Protective Life, PO Box 2224, Birmingham, AL 35246-0030 |
| 516537308 | + | RBS, 1980 Old Cuthbertr Rd., Cherry Hill, NJ 08034-1419 |
| 518231518 | + | Rebusiness Solutions, Ribbons Express, 1980 Old Cuthbert Rd, Cherry Hills, NJ 08034-1419 |
| 516498194 | + | Ricky Web Solutions, LLC, 616 Clifton Avenue, Clifton, NJ 07011-4202 |
| 516537309 | + | Robert M. Ryan, 5 Kirkbride Terrace, Towaco, NJ 07082-1009 |
| 516537312 | + | Rosemary E. Ryan, 5 Kirkbride Terrace, Towaco, NJ 07082-1009 |
| 517695071 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |

Case 16-31740-RG    Doc 99    Filed 02/03/22    Entered 02/04/22 00:15:11    Desc Imaged
                              Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 01, 2022 | Form ID: 192 | Total Noticed: 73 |

| | | | |
|---|---|---|---|
| 516498195 | + | Stoner, 1070 Robert Fullton Highway, Quarryville, PA 17566-9617 | |
| 516568763 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 | |
| 516537318 | + | ToysRUS Mastercard, PO Box 530939, Atlanta, GA 30353-0939 | |
| 516498197 | + | Tri State Camera, 150 Sullivan Street, Brooklyn, NY 11231-1113 | |
| 516498200 | + | US resources Inc, 115 Beulah Road NE Suite 200-C, Vienna, VA 22180-4780 | |
| 516498201 | + | Vecmar Computer Solutions, 7595 Jenther Drive, Mentor, OH 44060-4872 | |
| 516537323 | | WaWaWex, PO Box 6293, Carol Stream, IL 60197-6293 | |
| 516498202 | + | West Point Products, P.O. Box 8580, Carol Stream, IL 60197-8580 | |
| 516537325 | | Windstream Wireless, PO Box 9001013, Louisville, KY 40290-1013 | |

TOTAL: 51

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: zandsattys@aol.com | Feb 01 2022 22:46:00 | Zazella & Singer, 48 Mountain View Blvd., PO Box 737, Wayne, NJ 07474-0737 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 01 2022 22:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 01 2022 22:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516498178 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 01 2022 22:44:15 | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 516570575 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 01 2022 22:44:03 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516537290 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 01 2022 22:44:02 | Chase-3664 Auto, PO Box 1423, Charlotte, NC 28201-1423 |
| 516505856 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 01 2022 22:46:00 | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 516537295 | | Email/Text: BKPT@cfna.com | Feb 01 2022 22:46:00 | Firestone-9473, PO Box 81344, Cleveland, OH 44188-0344 |
| 516498180 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 01 2022 22:44:15 | Chase Cardmember Services, P.O. Box 1423, Charlotte, NC 28201 |
| 516537305 | + | Email/Text: bankruptcy@ondeck.com | Feb 01 2022 22:47:00 | On Deck, 1400 Broadway, New York, NY 10018-5300 |
| 516498191 | + | Email/Text: bankruptcy@ondeck.com | Feb 01 2022 22:47:00 | On Deck Capital, Inc, 901 North Stuart Street, Arlington, VA 22203-4129 |
| 516498196 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 01 2022 22:44:04 | Synchrony Bank, P.O. Box 960097, Orlando, FL 32896-0097 |
| 516537313 | | Email/Text: jaxbanko@td.com | Feb 01 2022 22:46:00 | TD Auto Finance, PO Box 16035, Lewiston, ME 04243-9517 |
| 516537317 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 01 2022 22:46:00 | Toyota Financial Services, PO Box 9490, Cedar Rapids, IA 52409-9490 |
| 516537316 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 01 2022 22:46:00 | Toyota, PO Box 4102, Carol Stream, IL 60197-4102 |
| 516568763 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 01 2022 22:46:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518430923 | | Email/PDF: bncnotices@becket-lee.com | Feb 01 2022 22:44:16 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518033641 | | Email/PDF: bncnotices@becket-lee.com | Feb 01 2022 22:44:06 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516537320 | | Email/Text: bankruptcy@ups.com | | |

| Recip ID | Bypass/Route | Email/Text | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 01 2022 22:47:00 | UPS, PO Box 7247-0244, Philadelphia, PA 19170-0001 |
| 516498179 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Feb 01 2022 22:47:00 | Cardmember Service, P.O. Box 790408, St Louis, MO 63790 |
| 516498199 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Feb 01 2022 22:47:00 | US Bank, P.O. box 790408, Saint Louis, MO 63179 |
| 518077533 | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 01 2022 22:47:00 | United States Trustee, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516537322 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 01 2022 22:46:00 | Verizon, PO Box 4833, Trenton, NJ 08650-4833 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516537284 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 15019, Wilmington, DE 19886 |
| 518171991 | ##+ | Clover Technologies Group, LLC, 2700 W. Higgins Road, Hoffman Estates, IL 60169-2006 |
| 516498198 | ##+ | Tulpehocken Spring Water, 3 Edison Place Ste, Fairfield, NJ 07004-3511 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2022          Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allen Joseph Underwood, II | on behalf of Trustee Eric Raymond Perkins aunderwood@litedepalma.com ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Eric Raymond Perkins | on behalf of Trustee Eric Raymond Perkins eperkins@becker.legal nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal |
| Eric Raymond Perkins | eperkins@mdmc-law.com nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal |
| Fran B. Steele | on behalf of U.S. Trustee U.S. Trustee Fran.B.Steele@usdoj.gov |
| Leonard S. Singer | on behalf of Debtor Graphic Technology Services Inc. zsbankruptcy@gmail.com r57125@notify.bestcase.com |
| U.S. Trustee | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Feb 01, 2022 | Form ID: 192 | Total Noticed: 73 |

        USTPRegion03.NE.ECF@usdoj.gov

United States Trustee

        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8