UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION, TRENTON DIVISION

Caption in Compliance with D.N.J. LBR 9004-2(c)
Eric R. Perkins
354 Eisenhower Parkway, Plaza II, Suite 1500
Livingston, NJ 07039
Chapter 7 Trustee

Order Filed on March 1, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Graphic Technology Services Inc.

    Debtor

Case No.: 16-31740-RG

Judge: Rosemary Gambardella

Hg. Date: 3-1-22

### ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: March 1, 2022**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2
Debtor: Graphic Technology Services Inc.
Case No.: 16-31740-RG
Caption of Order: Order Awarding Trustee's Compensation and Expenses

_____

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $1,059.18 is reasonable compensation for the services in this case by Eric R. Perkins, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $20.00 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

United States Bankruptcy Court
District of New Jersey

In re: | Case No. 16-31740-RG
Graphic Technology Services Inc. | Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2 | User: admin | Page 1 of 2
Date Rcvd: Mar 01, 2022 | Form ID: pdf903 | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol   Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Graphic Technology Services Inc., 1275 Bloomfield Avenue, Bldg. # 7,, Suite 42, Fairfield, NJ 07004-2736 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2022        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allen Joseph Underwood, II | on behalf of Trustee Eric Raymond Perkins aunderwood@litedepalma.com ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Eric Raymond Perkins | on behalf of Trustee Eric Raymond Perkins eperkins@becker.legal nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal |
| Eric Raymond Perkins | eperkins@mdmc-law.com nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal |
| Fran B. Steele | on behalf of U.S. Trustee U.S. Trustee Fran.B.Steele@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 01, 2022 | Form ID: pdf903 | Total Noticed: 1 |

Leonard S. Singer
    on behalf of Debtor Graphic Technology Services Inc. zsbankruptcy@gmail.com r57125@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8