Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                         Case No.:  16–31740–RG
                                         Chapter:  7
                                         Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Graphic Technology Services Inc.
   1275 Bloomfield Avenue, Bldg. # 7,
   Suite 42
   Fairfield, NJ 07004

Social Security No.:

Employer's Tax I.D. No.:
   22–3296299

**FINAL DECREE**

     The estate of the above named debtor(s) has been fully administered.

     If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

     ORDERED that Eric Raymond Perkins is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>June 13, 2022</u>                    <u>Rosemary Gambardella</u>
                                                Judge, United States Bankruptcy Court